UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| In re: | MDL Docket No. 4:03CV1507WRW |
| PREMPRO PRODUCTS LIABILITY LITIGATION | |
| This document relates to the following action(s) | |
| *Donna Scroggin v. Wyeth, et al.*<br>Case Number - 4:04CV1169WRW | |

**PLAINTIFF'S SUPPLEMENTAL DESIGNATION OF
FACT WITNESSES FOR TRIAL**

Plaintiff intends to call the following witnesses live at the time of trial, or play/read in portions of their depositions:

| Witness Name | Description |
|---|---|
| Donna Scroggin | Plaintiff |
| Edith Horn | Plaintiff's Mother |

Plaintiff intends to call the following former or current employees of Wyeth live at the time of trial, or play/read in portions of their depositions:

| Witness Name | Description |
|---|---|
| D. Bruce Burlington, M.D. | Wyeth Employee |
| Joseph Camardo | Wyeth Employee |
| Mary Cardone | Wyeth Employee |
| Pamela G. Cobb, M.D. | Wyeth Employee |
| Jeffrey C. Conklin | Wyeth Employee |
| Ginger Constantine | Wyeth Employee |
| Edward DeAngelo | Wyeth employee |
| Marc Deitch, M.D. | Wyeth Employee |
| Anthony Delconte, M.D. | Wyeth Employee |
| Michael Dey | Wyeth Employee |
| Jeanne Marie Durocher | Wyeth Employee |
| Robert A. Essner | Wyeth Employee |
| Gerald L. Fisher, Ph.D. | Wyeth Employee |

1

| Alfons Leander Fontaine | Wyeth Employee |
| --- | --- |
| Brett Hendricks | Wyeth Employee |
| Lesa M. Henry | Wyeth Employee |
| Carol Jane | Wyeth Employee |
| Victoria Kusiak, M.D. | Wyeth Employee |
| Gail M. Ludmerer | Wyeth Employee |
| Richard Lyttle | Wyeth Employee |
| Joseph M. Mahady | Wyeth Employee |
| Harold Marder, M.D. | Wyeth Employee |
| Amy S. Marren, M.D. | Wyeth Employee |
| Diana C. Mitrione | Wyeth Employee |
| Sophie Olivier | Wyeth Employee |
| Andrew C. Panagy | Wyeth Employee |
| Charles Payne | Wyeth Employee |
| James Pickar | Wyeth Employee |
| Marie Pinizzotto, M.D. | Wyeth Employee |
| Bernard Poussot | Wyeth Employee |
| Christine M. Rosser | Wyeth Employee |
| Robert Ruffolo, Jr., Ph.D. | Wyeth Employee |
| John A. Ryan | Wyeth Employee |
| Mary Sendi | Wyeth Employee |
| Michael J. Sinapi | Wyeth Employee |
| Carrie Smith Cox | Wyeth Employee |
| Jeffrey A. Solomon | Wyeth Employee |
| Joseph S. Sonk, Ph.D. | Wyeth Employee |
| Wendy P. Stephenson, M.D. | Wyeth Employee |
| Steven R. Strickland | Wyeth Employee |
| Justin R. Victoria | Wyeth Employee |
| Margaret E. Weber, M.D. | Wyeth Employee |
| Songlin Xue, Ph.D., M.D. | Wyeth Employee |
| Esat M. Yavuz | Wyeth Employee |
| Vincent Zucal | Wyeth Employee |

Plaintiff intends to call the following former or current employees of Upjohn/Pharmacia/Pfizer live at the time of trial, or play/read in portions of their depositions:

| Witness Name | Description |
| --- | --- |
| Joseph Assenzo | Upjohn/Pharmacia/Pfizer Employee |
| Michael Burdick | Upjohn/Pharmacia/Pfizer Employee |
| Rodney Carlson | Upjohn/Pharmacia/Pfizer Employee |
| Robert Clark | Upjohn/Pharmacia/Pfizer Employee |
| Kathleen Day | Upjohn/Pharmacia/Pfizer Employee |
| Donald Demke | Upjohn/Pharmacia/Pfizer Employee |
| David Engels | Upjohn/Pharmacia/Pfizer Employee |
| Donald Gieseker | Upjohn/Pharmacia/Pfizer Employee |
| Steven Kany | Upjohn/Pharmacia/Pfizer Employee |
| Peter Philander | Upjohn/Pharmacia/Pfizer Employee |
| Sharon Roehl | Upjohn/Pharmacia/Pfizer Employee |

The following witnesses are third party witnesses from whom Plaintiff intends to read (or play through videotape) portions of their depositions:

| Witness Name | Description |
| --- | --- |
| Garnet Anderson | Fred Hutchinson Cancer Research Facility Representative |
| Leonard Brenner | Dr. Wilson Representative |
| Dr. Phil Corfman | FDA Representative |
| Ralph Hale | ACOG Representative |
| Karen Mittleman | DesignWrite Representative |
| Robert Wilson, Jr. | Dr. Wilson Representative |

The following witnesses have already been disclosed to the Defendants on Plaintiff's Expert Witness list. Plaintiff may call the following retained expert witnesses live at the time of trial, or play/read in portions of their depositions:

| Witness Name | Description |
| --- | --- |
| Donald F. Austin | Expert Witness |
| Cheryl Blume | Expert Witness |
| Graham A. Colditz | Expert Witness |
| Christina Clark | Expert Witness |
| Robert Fincher | Expert Witness |
| Adriane J. Fugh-Berman | Expert Witness |

| | |
|---|---|
| John Gueriguian | Expert Witness |
| Matthew F. Hollon | Expert Witness |
| Suzanne Klimberg | Expert Witness |
| Suzanne Parisian | Expert Witness |
| Elizabeth Naftalis | Expert Witness |
| James Waldron | Expert Witness |

Plaintiff identifies the following fact witnesses / treating physicians / non-retained experts as potential witnesses either live or by deposition:

| Witness Name | Description |
|---|---|
| Irving Kuperman | Prescribing Physician |
| James E. Hagan III | Breast Surgeon |
| Mariann Harrington | Oncologist |
| Glenn V. Dalrymple | Radiologist |
| Robert Fincher | Radiologist |
| Steven R. Nokes | Radiologist |
| M.T. King | Radiologist |
| William T. Henry | Radiologist |
| Kenneth V. Robbins | Radiologist |
| Joseph M. Gettys, Jr. | Radiologist |
| Thomas St. Amour | Radiologist |
| Ben J. Bartnicke | Radiologist |
| Jerome J. Gehl | Radiologist |
| Dianne F. Johnson | Pathologist |
| Robert O. Shaver | Pathologist |
| Gary Markland | Pathologist |

Plaintiff also reserves the following rights:

1. Plaintiff reserves the right to call as a witness any corporate representative that represents either Defendant at trial or who attends the trial.

2. Plaintiff reserves the right to call as a witness (through deposition testimony) any witness from whom Plaintiff has designated deposition testimony pursuant to the court's scheduling order.

3. Plaintiff reserves the right to call as a witness for trial any expert or fact witness identified by Defendants or named in Defendants' responses to discovery requests and / or Defendants' Pretrial Witness Disclosures.

4

4.  Plaintiff reserves the right to call any treating physician of Plaintiff in order to rebut or refute allegations raised during pretrial or trial.

5.  Plaintiff reserves the right to call any witness whose deposition is taken (or whose deposition is continued or concluded), or who is identified by any Defendant, after the date of this filing.

6.  Plaintiff reserves the right to use all or part of any deposition taken in this litigation to prove up (or respond to objections regarding) the admissibility or relevance of any document offered at trial.

7.  Plaintiff reserves the right to use deposition testimony from any deposition taken in this litigation to respond to (or rebut) any issue raised by Defendants in pretrial or at trial.

Dated this 30th day of July, 2007.

                                        **LITTLEPAGE BOOTH**

                                        /s/ Zoe B. Littlepage
Zoe B. Littlepage – SBOT# 12430050;
Federal Bar #12896
1012 W. Alabama St.
Houston, Texas 77006
(713) 529-8000 – Telephone
(713) 529-8044 – Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of July, 2007, a true and correct copy of the foregoing document was filed with the Clerk of the Court and a true and correct copy was forwarded by e-mail to the parties below:

Ms. Lyn Pruitt
Mitchell, Williams, Selig, Gates & Woodyard
425 West Capitol, Suite 1800
Little Rock, Arkansas 72201

F. Lane Heard, III
Williams & Connolly, LLP
725 12th Street N.W.
Washington, D.C. 20005

Jay Mayesh
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Elizabeth Robben Murray
Friday, Eldredge & Clark, LLP
Regions Center
400 West Capitol Avenue
Suite 2000
Little Rock, AR 72201-3493

                                          /s/   Zoe B. Littlepage
                                             Zoe B. Littlepage