UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. |
| | : | 4:03CV1507WRW |
| | : | |
| PREMPRO PRODUCTS LIABILITY | : | |
|     LITIGATION | : | |
| _____ | : | |
| | : | |
| This document relates to the following action(s) | : | |
| | : | |
| *Donna Scroggin v. Wyeth, et al.* | : | |
| Case Number - 4:04CV1169WRW | : | |
| _____ | : | |

**PURSUANT TO COURT ORDER**
**PLAINTIFF'S SECOND SUPPLEMENTAL DESIGNATION OF**
**FACT WITNESSES FOR TRIAL**

1.    Plaintiff designates the following fact witnesses for trial:

| Witness Name | Description |
|---|---|
| Donna Scroggin | Plaintiff |
| Edith Horn | Plaintiff's Mother |

2.    Plaintiff will request that the Defendants bring the following corporate representatives to trial and Plaintiff intends to elicit live testimony from same:

       Michael Dey
       Bernard Poussot
       Robert Essner
       Justin Victoria
       Stephen Strickland
       James Pickar

3.      Plaintiff reserves the right to call live at trial any of the sales representatives who called on Plaintiff's treating physicians.  These potential witnesses are:

    Beth Bottorff
    Jill Cady
    Joseph Grummer
    William Keith
    Jennifer Reynolds
    Angela Stevens

4.      Plaintiff reserves the right to call any of the Plaintiff's prescribing physicians (either live or by deposition)

    Irving Kuperman

5.      Plaintiff identifies as potential witnesses for trial all of the Plaintiff's treating physicians (either live or by deposition).  Further, Plaintiff reserves the right to call any such witnesses to rebut any issue raised by the Defendants or their experts and / or to prove up the admissibility of their medical records or the reasonableness and necessity of their medical bills through the physician or a custodian of the records for the named physicians.  These witnesses are really non-retained experts and have already been named as such on Plaintiff's Expert Witness list.  Indeed, the names and contact information for such treating physicians are contained in Plaintiff's Fact Sheet, Plaintiff's Expert witness list as well as Plaintiff's designation and supplemental designation of fact witnesses for trial.  In conformity with the Court's letter dated August 1, 2007, Plaintiff thus does not individually re-list Plaintiff's treating physicians on this document even though they are non-retained expert witnesses as well as fact witnesses, but refers Defendants to those prior pleadings those names and contact information of these doctors.

6.      Plaintiff reserves the right to elicit fact opinions from any of the experts named by Plaintiff in her Expert Witness designations.  In conformity with the Court's letter dated August 1, 2007, Plaintiff does not re-list those names and contact information again in this document but refers to such prior disclosures and designations.

7.      Plaintiff reserves the right to call at trial any of the witnesses listed on any disclosure or fact or expert witness list that is already filed (or will be filed in the future) by any of the Defendants.  Plaintiff refers Defendants to their own lists for the identification and contact information for such witnesses.

8.      Plaintiff will be designating deposition testimony from a number of Defendants' corporate representatives and third party witnesses for use at trial pursuant to the court's scheduling order.   Plaintiff thus identifies as fact witnesses all such witnesses.   In conformity with the Court's letter dated August 1, 2007, Plaintiff does not list those names and contact information again in this document, but refers defendants to Plaintiff's designation and supplemental designation of fact witnesses for trial.

9.      Plaintiff reserves the right to call as a witness any corporate representative that represents either Defendant at trial or who attends the trial.

10.     Plaintiff reserves the right to call any witness whose deposition is taken (or whose deposition is continued or concluded), or who is identified by any Defendant, after the date of this filing.

11.     Plaintiff reserves the right to use all or part of any deposition of any witness taken in this litigation to prove up (or respond to objections regarding) the admissibility or relevance of any document offered at trial.

12.     Plaintiff reserves the right to use deposition testimony from any deposition taken in this litigation to respond to (or rebut) any issue raised by Defendants in pretrial or at trial.

Dated this 3rd day of August, 2007.


                              **LITTLEPAGE BOOTH**

                              /s/ Zoe B. Littlepage
                              Zoe B. Littlepage – SBOT# 12430050;
                              Federal Bar #12896
                              1012 W. Alabama St.
                              Houston, Texas 77006
                              (713) 529-8000 – Telephone
                              (713) 529-8044 – Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of August, 2007, a true and correct copy

of the foregoing document was filed with the Clerk of the Court and a true and correct

copy was forwarded by e-mail to the parties below:

Ms. Lyn Pruitt
Mitchell, Williams, Selig, Gates & Woodyard
425 West Capitol, Suite 1800
Little Rock, Arkansas 72201

F. Lane Heard, III
Williams & Connolly, LLP
725 12th Street N.W.
Washington, D.C. 20005

Jay Mayesh
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Elizabeth Robben Murray
Friday, Eldredge & Clark, LLP
Regions Center
400 West Capitol Avenue
Suite 2000
Little Rock, AR 72201-3493

  /s/  Zoe B. Littlepage
Zoe B. Littlepage
