UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| In re: | MDL Docket No. 4:03CV1507WRW |
| PREMPRO PRODUCTS LIABILITY LITIGATION | |
| This document relates to the following action(s) | |
| *Donna Scroggin v. Wyeth, et al.*<br>Case Number - 4:04CV1169WRW | |
| *Helen Hill v. Wyeth, et al.*<br>Case Number – 4:05CV0546WRW | |

### PLAINTIFFS' MOTION TO EXCLUDE DEFENDANTS' EXPERT TESTIMONY

For the reasons set forth in the memorandum filed contemporaneously herewith, Plaintiffs Donna Scroggin and Helen Hill move to exclude the testimony of Wyeth's and Pfizer's experts that (1) smoking is a reliable risk factor for breast cancer and (2) that elevated levels of leptin is a risk factor for breast cancer.

DATED: August 15, 2007.

                                                **LITTLEPAGE BOOTH**

                                                <u>/s/ Zoe B. Littlepage</u>
                                                Zoe B. Littlepage – Federal Bar No. 12896
                                                1012 W. Alabama
                                                Houston, Texas 77006
                                                (713) 529-8000 – Telephone
                                                (713) 529-8044 – Facsimile

                                                **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of August, 2007, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and a true and correct copy was forwarded by e-mail to the parties below:

Ms. Lyn Pruitt
Mitchell, Williams, Selig, Gates & Woodyard
425 West Capitol, Suite 1800
Little Rock, Arkansas 72201

John W. Vardaman
F. Lane Heard, III
Williams & Connolly, LLP
725 12th Street N.W.
Washington, D.C. 20005

Jay Mayesh
Alan E. Rothman
Steven J. Glickstein
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Elizabeth Robben Murray
Kevin A. Crass
Friday, Eldredge & Clark, LLP - Little Rock
Regions Center
400 West Capitol Avenue
Suite 2000
Little Rock, AR 72201-3493

/s/   Zoe B. Littlepage