**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PREMPRO PRODUCTS LIABILITY LITIGATION** | **MDL Docket No. 4:03CV1507 WRW**<br><br>*Hill v. Wyeth et al.,*<br>Case No. 4-05-CV-0546-WRW<br><br>*Scroggin v. Wyeth et al.,*<br>Case No. 4-04-CV-1169-WRW |

**No. 4**

***DAUBERT* MOTION TO EXCLUDE EXPERT TESTIMONY OF
DR. DONALD AUSTIN**

Pursuant to Rule 702 of the Federal Rules of Evidence, and for the reasons set forth in the accompanying memorandum, the Court should exclude the testimony of Plaintiffs' expert Dr. Donald Austin.

Respectfully submitted,

/s/   F. Lane Heard III
John W. Vardaman, Jr.
Stephen L. Urbanczyk
F. Lane Heard III

  WILLIAMS & CONNOLLY LLP
  725 12th Street, NW
  Washington, DC 20005-5901
  (202) 434-5000

Lyn P. Pruitt, Bar No. 84121

  MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, PLLC
  425 West Capitol Avenue, Suite 1800
  Little Rock, AR 72201-3525
  (501) 688-8800
   *lpruitt@mwsgw.com*

*Attorneys for Wyeth*

DATED:  August 15, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August 2007 a true and correct copy of the foregoing *Daubert* Motion to Exclude Expert Testimony of Dr. Donald Austin was electronically filed with the Clerk of Court using the CM/ECF system and a true and correct copy was forwarded by e-mail and first-class mail, postage prepaid, to the parties listed below.

Joshua H. Brockman
Zoe B. Littlepage
Littlepage Booth - Houston
1012 West Alabama Street
Houston, TX 77006
Email: josh@littlepagelaw.com
      zoe@littlepagebooth.com

Kevin A. Crass
Elizabeth Robben Murray
Friday, Eldredge & Clark, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201-3493
Email: crass@fec.net
      murray@fec.net

Jay Phillip Mayesh
Steven J. Glickstein
Alan E. Rothman
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022-3598
Email: maoedar@kayescholer.com
      arothman@kayescholer.com

                /s/     F. Lane Heard III
                F. Lane Heard III

                WILLIAMS & CONNOLLY LLP
                725 12th Street, NW
                Washington, DC 20005-5901
                (202) 434-5000
                *lheard@wc.com*