# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:04CV01169 |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **DONNA SCROGGIN** | : | **PLAINTIFF** |
| | : | |
| v. | : | |
| | : | |
| **WYETH, et. al.** | : | **DEFENDANTS** |

## ORDER

In Defendant Wyeth's Motion to Reconsider Order Denying Motion to Reopen Discovery (Doc. No. 246), filed on September 21, 2007, it accused the Court of missing the point of its earlier Motion to Reopen Discovery. To this accusation "the Court" pleads guilty. Defendant's Motion is GRANTED, and the September 17, 2007 Order[1] is VACATED.

This Order is being entered before Plaintiff's response to Defendant's Motion is due, so I will treat Plaintiff's response as a motion to reconsider and will rule on it promptly.

Discovery is reopened for Defendants to depose Dr. Kent McKelvey and Dr. Blaine Bendure. Defendants may also supplement the expert reports to designate Dr. Noah Kauff as an expert. The depositions of the doctors should be set up forthwith.

This will not open the door for a continuance.

IT IS SO ORDERED this 27th day of September, 2007.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 207.

1