## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| **In re:** | : | **MDL Docket No. 4:03CV1507-WRW** |
| | : | **4:04CV01169** |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **DONNA SCROGGIN** | : | **PLAINTIFF** |
| | : | |
| **v.** | : | |
| | : | |
| **WYETH, et. al.** | : | **DEFENDANTS** |

## ORDER

Pending are Plaintiff's Motion for Partial Summary Judgment Regarding Certain Wyeth

Affirmative Defenses (Doc. No. 71) and Motion for Partial Summary Judgment Regarding

Certain Upjohn Affirmative Defenses (Doc. No. 75).  Defendants have responded.[1]  Both

motions are GRANTED in PART, DENIED in PART, and MOOT in PART.

**Wyeth's Affirmative Defenses**

Wyeth agreed either to withdraw or voluntarily dismiss every affirmative defense other

than those listed below.

1.  Affirmative Defense Nos. 2, 3, 6, 7, 9, 12, 25, 26, and 30 are MOOT, since "Wyeth

has agreed not to pursue these defenses in this case."[2]

---

[1]Doc. Nos. 148, 153.

[2]Doc. No. 72.

2.  Affirmative Defense No. 11 -- Laches, Waiver, and Estoppel -- is WITHDRAWN.[3]

3.  Affirmative Defense No. 23 -- Liability Without Causation Violates the Constitution -- is MOOT, since Plaintiff is not pursuing claims under the ADTPA.

4.  Affirmative Defense No. 27 -- Breach of Warranty, No Privity -- is MOOT, since Plaintiff is not pursing claims for breach of warranty.

5.  Plaintiff's Motion for Summary Judgment on Affirmative Defense No. 28 -- Act of God -- is GRANTED.

6.  Plaintiff's Motion for Summary Judgment on Affirmative Defense No. 32 -- Punitive Damages are Unconstitutional Due to Lack of Standards -- is DENIED without prejudice

**Upjohn's Affirmative Defenses**

Upjohn agreed either to withdraw or voluntarily dismiss every affirmative defense other than those listed below.  As to the remaining affirmative defenses:

1.  Plaintiff's Motion for Summary Judgment on Affirmative Defense No. 27 -- *Noerr-Pennington* Doctrine -- is taken under "advisement."  It doesn't appear to me that the *Noerr-Pennington* Doctrine applies to the facts of this case. However, if this affirmative defense becomes an issue, the parties may re-argue its relevance at trial -- before any evidence is presented on the matter.

2.  Plaintiff's Motion for Summary Judgment on Affirmative Defense No. 31 -- Assumption of Risk  -- is DENIED without prejudice.  As Defendant recognizes, this affirmative

---

[3]Doc. No. 148.

defense is quite limited, and the scope of Defendant's affirmative defense can be better

addressed at trial.

     3.  Plaintiff's Motion for Summary Judgment on Affirmative Defense Nos. 43, 48 --

Punitive Damages -- is DENIED without prejudice.

     IT IS SO ORDERED this 29th day of October, 2007.


                              /s/ Wm. R. Wilson, Jr.
                              UNITED STATES DISTRICT JUDGE