IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:04CV01169 |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | |
| | : | |
| DONNA SCROGGIN | : | PLAINTIFF |
| | : | |
| v. | : | |
| | : | |
| WYETH, et. al. | : | DEFENDANTS |

## ORDER

Plaintiff provided a Second Supplement to Upjohn's Motion to Exclude Expert Testimony Re: Dr. Parisian (Doc. No. 364) in response to my November 9, 2007 Order. The Order directed Plaintiff to provide citations to the authority relied upon by Dr. Parisian.

While I agree that Dr. Parisian's citations leave a bit to be desired, I believe she has met the *Daubert* threshold. Defendants' remaining criticism of Dr. Parisian's testimony and report can be addressed during cross-examination.

Dr. Parisian can give her opinions on the reasonableness of a pharmaceutical company's actions based on her observations over the years and her understanding of the regulations referenced in her expert report, her deposition, and the supplemental briefs. Dr. Parisian will not be permitted to talk about or refer to what an "ethical" or "responsible" pharmaceutical company does or would do.

Accordingly, Section C-3 of the November 9, 2007 Order (Doc. No. 340) is VACATED and Defendant's motion (Doc. No. 66) is DENIED as to that specific issue.

IT IS SO ORDERED this 21st day of November, 2007.

/s/ Henry L. Jones, Jr._____
UNITED STATES MAGISTRATE JUDGE