# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:04CV01169 |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| **DONNA SCROGGIN** | : | PLAINTIFF |
| | : | |
| v. | : | |
| | : | |
| **WYETH, et al.** | : | DEFENDANTS |

## ORDER

The Jury Plan for the U.S. District Court for the Eastern District of Arkansas states that no person can be required to serve as a petit juror for a period exceeding two months, nor can a person be required to report more than eight days during that two-month period, except when necessary to complete service in a particular case.

The trial date for this case was moved from December 4, 2007 to February 4, 2008. This period of time exceeds the two-month limit. However, the individuals in this pool have been pre-screened using supplemental questionnaires specific to the cases.

Accordingly, the Clerk of the Court is directed to use the same pool of potential jurors for the second trial date.

IT IS SO ORDERED this 28th day of November, 2007.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT COURT