IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : MDL Docket No. 4:03CV1507-WRW | |
| | :                            4:04CV01169 | |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **DONNA SCROGGIN** | : | **PLAINTIFF** |
| | : | |
| v. | : | |
| | : | |
| **WYETH, et. al.** | : | **DEFENDANTS** |

## ORDER

Based on the findings of fact and conclusions of law made in today's hearing, I rule as follows:

**1. Defendant's Motion for Reconsideration of Motion for Summary Judgment Re: Failure to Warn Claims** (Doc. No. 392) is DENIED. Dr. Parisian relies on the C.F.R. to support her opinions. Assuming she makes references to Wyeth and alleged non-compliance with the C.F.R. in her expert report, she will be able to testify on the issue.

**2. Defendant's Motion for Summary Judgment Re: Specific Causation** (Doc. No. 93) is DENIED without prejudice, since Plaintiff's causation expert has been permitted to testify.

**3. Wyeth's Motion to Quash Motion to Quash Subpoena of Justin Victoria** (Doc. No. 405) is DENIED.

**4. Wyeth's Motion to Quash Motion to Quash Subpoena of Michael Dey** (Doc. No. 407) is DENIED.

IT IS SO ORDERED this 4th day of December, 2007.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE