# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE

500 W. CAPITOL, ROOM D444

LITTLE ROCK, ARKANSAS 72201-3325

(501) 604-5140

Facsimile (501) 604-5149

**December 20, 2007**

**LETTER-ORDER**

Mr. Jim Morris
Mr. Steve Faries
Brent Coon & Associates, P.C. - Austin
11614 Bee Caves Road, Suite 220
Austin, TX 78738

Mr. John Vardaman
Mr. Steve Urbanczyk
Mr. F. Lane Heard, III
Williams & Connolly
725 Twelfth Street, N.W.
Washington, DC 20005-5901

Ms. Lyn Peeples Pruitt
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. - LR
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201

Ms. Elizabeth Robben Murray
Friday, Eldredge & Clark, LLP - Little Rock
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201-3493

 Re: *Scroggin v. Wyeth*, 4:04-CV-1169 -- Prempro Users

Dear Counsel:

Mr. Heard's letter of today regarding Prempro users stirred me to action.

I am going to excuse current HRT users.  I do this based primarily on what I intuit, and upon what I think common sense tells me.

Other venire persons who have family members using HRT will not be automatically excused.

The above is so ordered, definitively.

Happy Christmas and Merry New Year to all.

 Cordially,

 /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:  The Honorable Henry L. Jones, Jr.
  Other Counsel of Record