**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**December 20, 2007**
**LETTER-ORDER**

Mr. Jim Morris
Mr. Steve Faries
Brent Coon & Associates, P.C. - Austin
11614 Bee Caves Road, Suite 220
Austin, TX 78738

Mr. John Vardaman
Mr. Steve Urbanczyk
Mr. F. Lane Heard, III
Williams & Connolly
725 Twelfth Street, N.W.
Washington, DC 20005-5901

Ms. Lyn Peeples Pruitt
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. - LR
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201

Ms. Elizabeth Robben Murray
Friday, Eldredge & Clark, LLP - Little Rock
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201-3493

  Re: *Scroggin v. Wyeth*, 4:04-CV-1169 -- Thematic Clips

Dear Counsel:

Thematic clips are excluded. It is so ordered, and definitely so.

Happy Holidays to all.

                 Cordially,

                 /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc: The Honorable Henry L. Jones, Jr.
   Other Counsel of Record