IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:04CV01169 |
| PREMPRO PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| DONNA SCROGGIN | : | PLAINTIFF |
| v. | : | |
| WYETH, et. al. | : | DEFENDANTS |

**ORDER**

**I.     EXHIBITS**

During the exhibit hearings held in early December, 2007, I took several exhibits "under advisement." Below are my rulings on the admissibility of the exhibits:

Plaintiff's Ex. 114 -- Defendants' objection is OVERRULED.

Plaintiff's Ex. 121 -- Defendants' objection is OVERRULED.

Plaintiff's Ex. 4969 -- Defendants' objection is SUSTAINED.

Plaintiff's Ex. 10172 -- Defendants' objection is OVERRULED.

Plaintiff's Ex. 10189 -- Defendants' objection is OVERRULED.

Plaintiff's Ex. 10919 -- Defendants' objection is SUSTAINED.

Plaintiff's Exs. 4971 and 10156 -- Defendants' objection is SUSTAINED.

Plaintiff's Exs. 4974 and 10152 -- Defendants' objection is SUSTAINED.

Plaintiff's Ex. 4978 and 10153 -- Defendants' objection is SUSTAINED.

Plaintiff's Ex. 10157 -- Defendants' objection is OVERRULED.

Plaintiff's Ex. 10176 -- Defendants' objection is OVERRULED.

Plaintiff's Ex. 10177 -- Defendants' objection is OVERRULED.

1

Plaintiff's Ex. 10307 -- Defendants' objection is OVERRULED.

Plaintiff's Ex. 10316 -- Defendants' objection is OVERRULED.

Plaintiff's Exs. 10155 and 10178 -- Defendants' objection is OVERRULED.

Plaintiff's Exs. 4976 and 10154 -- Defendants' objection is OVERRULED.

Plaintiff's Ex. 10180 -- Defendants' objection is SUSTAINED, based on the November 20, 2007 Order (Doc. No. 383).

Plaintiff's Ex. 10188 -- Defendants' objection is SUSTAINED, based on the November 20, 2007 Order (Doc. No. 383).

Plaintiff's Ex. 10310 -- Defendants' objection is OVERRULED.

Plaintiff's Ex. 10923 -- Defendants' objection is SUSTAINED, based on the November 20, 2007 Order (Doc. No. 383).

Plaintiff's Ex. 10342 -- Defendants' objection is OVERRULED.

Plaintiff's Ex. 10384 -- Defendants' objection is OVERRULED.

Plaintiff's Ex. 10388 -- Defendants' objection is OVERRULED.

Plaintiff's Ex. 10911-- Defendants' objection is OVERRULED.  However, it appears to me that the medical article, at attachment 4, might be subject to "learned treatise" treatment -- for example, attachment 4 would not go back with jury.

Plaintiff's Ex. 10132 -- Defendants' objection is OVERRULED.

## II.     DR. AUSTIN CLARIFICATION

During the hearing on December 6, 2007, there appeared to be some confusion regarding previous Orders and limitations on the scope of Dr. Austin's testimony.  After the hearing, the

parties were given the opportunity to file briefs regarding their interpretations of the previous *Daubert* Orders concerning Dr. Austin; only Defendants did so.[1]

Below is a summary of the previous rulings:[2]

1. Defendants' objection to Dr. Austin's causation opinions was overruled, since Plaintiff presented sufficient evidence that Dr. Austin relied on both ecological and epidemiological data.

2. Dr. Austin will be permitted to address the development of breast cancer at a cellular level since, as presented, it appears that this opinion requires only a basic understanding of cell biology -- which Dr. Austin has.

3. Dr. Austin will not be allowed to testify that endometrial tissue and breast tissue respond the same to HRT, because Plaintiff provided no evidence that, as an epidemiologist, Dr. Austin is qualified to give such an opinion.

4. Dr. Austin will be permitted to give testimony about detecting ILC in the 1980s.

IT IS SO ORDERED this 30th day of January, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 420.

[2] For a detailed version of the rulings on Dr. Austin, the parties should direct their attention to Doc. Nos. 340 and 362.