IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONNA SCROGGIN                                                                                       PLAINTIFF

v                                              4:04CV01169-WRW

WYETH, et al                                                                                        DEFENDANTS

### ORDER

Dr. Irving Kuperman, having been subpoenaed to appear in this Court (Richard Shepard Arnold United States Courthouse, 500 West Capitol, Little Rock, Arkansas 72201, Courtroom #4C) at 8:45 a.m. on Friday, February 8, 2008, is hereby ordered and directed to appear at that time and remain until his testimony is completed.

If Dr. Kuperman wishes to refine the time for his appearance he, or his lawyer, should contact the lawyers who issued the subpoena; otherwise, his appearance will be as directed above.

IT IS SO ORDERED this 1st day of February, 2008.

/s/ Wm. R. Wilson
UNITED STATES DISTRICT JUDGE

ord.witness.wpd