IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONNA SCROGGIN                                                                PLAINTIFF

vs.                                    4:04CV01169-WRW

WYETH, et al                                                                   DEFENDANTS

## ORDER

The Court hereby directs the United States Marshals Service to personally serve the attached Order on Dr. Irving Kuperman, 5300 Mablevale Pike, Little Rock, Arkansas 72209. When service has been completed, the Marshals Service is to further directed to file an Affidavit of Service with the Clerk's Office.

IT IS SO ORDERED this 4th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE

ord.MarshalServiceCivil.wpd