IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:04CV01169 |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **DONNA SCROGGIN** | : | **PLAINTIFF** |
| | : | |
| **v.** | : | |
| | : | |
| **WYETH, et. al.** | : | **DEFENDANTS** |

## ORDER

Upjohn's objections to Colditz's deposition designation -- that is, those designations that do not overlap with Wyeth's objections -- where Plaintiff either failed to respond or responded with "this objection is best ruled upon at the time of trial . . ." are SUSTAINED. Plaintiff did not submit supplemental responses as directed, so supplemental responses to these objections are out of time.

IT IS SO ORDERED this 5th day of February, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:04CV01169 |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **DONNA SCROGGIN** | : | **PLAINTIFF** |
| | : | |
| **v.** | : | |
| | : | |
| **WYETH, et. al.** | : | **DEFENDANTS** |

## ORDER

Upjohn's objections to Colditz's deposition designation -- that is, those designations that do not overlap with Wyeth's objections -- where Plaintiff either failed to respond or responded with "this objection is best ruled upon at the time of trial . . ." are SUSTAINED. Plaintiff did not submit supplemental responses as directed, so supplemental responses to these objections are out of time.

IT IS SO ORDERED this 5th day of February, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:04CV01169 |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **DONNA SCROGGIN** | : | **PLAINTIFF** |
| | : | |
| **v.** | : | |
| | : | |
| **WYETH, et. al.** | : | **DEFENDANTS** |

## ORDER

Upjohn's objections to Colditz's deposition designation -- that is, those designations that do not overlap with Wyeth's objections -- where Plaintiff either failed to respond or responded with "this objection is best ruled upon at the time of trial . . ." are SUSTAINED.  Plaintiff did not submit supplemental responses as directed, so supplemental responses to these objections are out of time.

IT IS SO ORDERED this 5th day of February, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

1