IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:04CV01169 |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | |
| | : | |
| | : | |
| DONNA SCROGGIN | : | PLAINTIFF |
| | : | |
| v. | : | |
| | : | |
| WYETH, et. al. | : | DEFENDANTS |

## ORDER

In your responses regarding time used and time left, give me your <u>specific</u> idea as to how this plays out to the end (of the presentation of evidence).

I'm trying to save your teeth -- from gnashing -- when you are cut off as the end of the time for presentation of evidence draws nigh.

When calculating the total hours available for trial, you should, again, direct your attention to my February 15, 2007 letter[1] -- and repeated reminders -- that the 12 trial days includes all phases of trial, not just the evidentiary stage.

IT IS SO ORDERED this 6th day of February, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] *In re Prempro*, 4:04-CV-01507, Doc. No. 1431.

1