# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:04CV01169 |
| **PREMPRO PRODUCTS LIABILITY LITIGATION** | : | |
| | : | |
| **DONNA SCROGGIN** | : | PLAINTIFF |
| v. | : | |
| **WYETH** | : | DEFENDANT |

## ORDER

With respect to Dr. Kuperman, I will wait and observe his demeanor on the witness stand before ruling on the question of whether he is an adverse witness insofar as Plaintiff is concerned.

IT IS SO ORDERED this 8th day of February, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| **In re:** | : | **MDL Docket No. 4:03CV1507-WRW** |
| | : | **4:04CV01169** |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **DONNA SCROGGIN** | : | **PLAINTIFF** |
| | : | |
| **v.** | : | |
| | : | |
| **WYETH** | : | **DEFENDANT** |

## **ORDER**

With respect to Dr. Kuperman, I will wait and observe his demeanor on the witness stand before ruling on the question of whether he is an adverse witness insofar as Plaintiff is concerned.

IT IS SO ORDERED this 8th day of February, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | | |
|---|---|---|
| **In re:** | : | **MDL Docket No. 4:03CV1507-WRW** |
| | : | **4:04CV01169** |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **DONNA SCROGGIN** | : | **PLAINTIFF** |
| | : | |
| **v.** | : | |
| | : | |
| **WYETH** | : | **DEFENDANT** |

## ORDER

With respect to Dr. Kuperman, I will wait and observe his demeanor on the witness stand before ruling on the question of whether he is an adverse witness insofar as Plaintiff is concerned.

IT IS SO ORDERED this 8th day of February, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE