# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:04CV01169 |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **DONNA SCROGGIN** | : | **PLAINTIFF** |
| | : | |
| **v.** | : | |
| | : | |
| **WYETH** | : | **DEFENDANT** |

## ORDER

By 6:00 p.m., Saturday, February 9, 2008, Plaintiff's counsel are directed to submit their updated, specific view of time used and time left.

By 2:00 p.m., Sunday, February 10, 2008, Defendants' counsel are directed to do likewise.

I will start with the lawyers at 8:00 a.m., Monday, February 11, 2008. I want to iron out wrinkles <u>before</u> we put the jury in the box at 8:45 a.m. that day.

IT IS SO ORDERED this 8th day of February, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE