**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | **:** | **MDL Docket No. 4:03CV1507-WRW** |
| | **:** | **4:04CV01169** |
| **PREMPRO PRODUCTS LIABILITY** | **:** | |
| **LITIGATION** | **:** | |
| | **:** | |
| | **:** | |
| **DONNA SCROGGIN** | **:** | **PLAINTIFF** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **WYETH, et. al.** | **:** | **DEFENDANTS** |

<u>**ORDER**</u>

Defendants' Motion for Directed Verdict (Doc. No. 527) and Motion for Judgment as a Matter of Law (Doc. No. 529) are DENIED.

IT IS SO ORDERED this 25th day of February, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE