**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:04CV01169 |
| **PREMPRO PRODUCTS LIABILITY LITIGATION** | : | |
| | : | |
| **DONNA SCROGGIN** | : | PLAINTIFF |
| | : | |
| v. | : | |
| | : | |
| **WYETH, et. al.** | : | DEFENDANTS |

## ORDER

Clarification of the Court's previous ruling on advertisement/marketing. It seems to me that Plaintiff may now present marketing exhibits and advertisements (and documents related to these) despite not having seen the advertisements. However, the substance of the exhibits <u>must</u> relate to Plaintiff's claims <u>and</u> the reason she took HRT, which from what I recall, was for menopausal symptoms only (in other words, <u>not</u> osteoporosis, cardiac benefit, etc).

Upjohn's Motion In Limine to Exclude Evidence From the Punitive Damages Phase & Objections to Plaintiff's Punitive Damage Exhibits (Doc. No. 563) and Wyeth's Exclude Plaintiff's Proposed Exhibits Re Punitive Damages (Doc. No. 565) are GRANTED in PART and DENIED in PART.

**I.    UPJOHN'S OBJECTIONS TO PUNITIVE EXHIBITS**

Below are the rulings on Upjohn's objections to Plaintiff's proposed exhibits to be used during the punitive damages phase of trial:

PX 3401 --    objection OVERRULED.

1

    PX 5785 --    objection OVERRULED.

    PX 10155 --    objection OVERRULED.

    PX 10176 --    objection SUSTAINED -- exhibits is about osteoporosis.

    PX 10177 --    objection SUSTAINED -- exhibits is about osteoporosis.

    PX 10179 --    objection OVERRULED -- it appears that this document shows Upjohn's interpretation that Provera is used to treat abnormal bleeding.

    PX 10180 --    objection OVERRULED.

    PX 10189 --    objection OVERRULED.

    PX 10425 --    objection SUSTAINED, because it involves events after Plaintiff stopped using HRT.  However, if Defendant opens the door by referring to its conduct after Plaintiff stopped taking HRT, the exhibit may become admissible.  I will decide when or if the door has been opened.

    PX 10719 --    objection OVERRULED.  However, Plaintiff must establish foundation for witness's testimony during trial.

    PX 11011 --    objection OVERRULED.  However, Plaintiff must establish foundation for witness's testimony during trial.

    PX 11012 --    objection OVERRULED.  However, Plaintiff may refer only to the issues in the document relevant to this case, e.g. "What We Do Not Know about MPA in HRT Effects: Risk of breast cancer."  Redaction may be necessary.

**II.    WYETH'S OBJECTIONS TO PUNITIVE EXHIBITS**

Below are the rulings on Wyeth's objections to Plaintiff's proposed exhibits to be used during the punitive damages phase of trial:

    PX 15 --    objection SUSTAINED.

    PX 22 --    objection OVERRULED.

    PX 24 --    objection OVERRULED.

    PX 145 --    objection SUSTAINED.

PX 153 --        objection SUSTAINED.

PX 154 --        objection OVERRULED.

PX 387 --        objection SUSTAINED, unless Plaintiff redacts to include only relevant issues, *e.g.*, breast cancer, menopausal symptoms, etc.

PX 427 --        objection OVERRULED.

PX 550 --        objection SUSTAINED.

PX 585 --        objection SUSTAINED.

PX 586 --        objection SUSTAINED, because it involves events after Plaintiff stopped using HRT.  However, if Defendant opens the door by referring to its conduct after Plaintiff stopped taking HRT, the exhibit may become admissible.  I will decide when or if the door has been opened.

PX 708 --        objection SUSTAINED, because it involves events after Plaintiff stopped using HRT.  However, if Defendant opens the door by referring to its conduct after Plaintiff stopped taking HRT, the exhibit may become admissible.  I will decide when or if the door has been opened.

PX 712 --        objection SUSTAINED, because it involves events after Plaintiff stopped using HRT.  However, if Defendant opens the door by referring to its conduct after Plaintiff stopped taking HRT, the exhibit may become admissible.  I will decide when or if the door has been opened.

PX 713 --        objection SUSTAINED, because it involves events after Plaintiff stopped using HRT.  However, if Defendant opens the door by referring to its conduct after Plaintiff stopped taking HRT, the exhibit may become admissible.  I will decide when or if the door has been opened.

PX 910 --        objection SUSTAINED, unless Plaintiff redacts to include only relevant issues, *e.g.*, breast cancer, menopausal symptoms, etc.

PX 1565 --       objection OVERRULED.

PX 4692 --       objection OVERRULED.

PX 5609 --       objection SUSTAINED.

PX 5655 --       objection SUSTAINED, because it involves events after Plaintiff stopped using HRT.  However, if Defendant opens the door by referring to its conduct after Plaintiff stopped taking HRT, the exhibit may become admissible.  I will decide when or if the door has been opened.

PX 5677 --    objection OVERRULED.

PX 5733 --    objection SUSTAINED, unless Plaintiff redacts to include only relevant issues, *e.g.*, breast cancer, menopausal symptoms, etc.

PX 6558 --    objection OVERRULED.

PX 6776 --    objection OVERRULED.

PX 6891 --    objection SUSTAINED.

PX 7184 --    objection OVERRULED.

PX 7423 --    objection OVERRULED.

PX 8151 --    objection SUSTAINED, unless Plaintiff redacts to include only relevant issues, *e.g.*, breast cancer, menopausal symptoms, etc.

PX 10425 --   objection SUSTAINED, because it involves events after Plaintiff stopped using HRT.  However, if Defendant opens the door by referring to its conduct after Plaintiff stopped taking HRT, the exhibit may become admissible.  I will decide when or if the door has been opened.

PX 8019A --   objection OVERRULED, but Plaintiff must redact to include only relevant issues, *e.g.*, breast cancer, menopausal symptoms, etc.

PX MA2568 -- objection OVERRULED.

CONTA025-026516-17 --    objection SUSTAINED, because it involves events after Plaintiff stopped using HRT.  However, if Defendant opens the door by referring to its conduct after Plaintiff stopped taking HRT, the exhibit may become admissible.  I will decide when or if the door has been opened.

CONTA025-026608-09 --    objection SUSTAINED, because it involves events after Plaintiff stopped using HRT.  However, if Defendant opens the door by referring to its conduct after Plaintiff stopped taking HRT, the exhibit may become admissible.  I will decide when or if the door has been opened.

IT IS SO ORDERED this 3rd day of March, 2008.

                                        /s/ Wm. R. Wilson, Jr._____
                                        UNITED STATES DISTRICT JUDGE