IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:04CV01169 |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | |
| | : | |
| | : | |
| DONNA SCROGGIN | : | PLAINTIFF |
| | : | |
| v. | : | |
| | : | |
| WYETH, et. al. | : | DEFENDANTS |

## ORDER

**Motion in Limine to Exclude Evidence of Wyeth's Net Worth** (Doc. No. 571) -- is GRANTED --because I believe Professor Brill's analysis is correct. No evidence of net worth will be admissible.

**Plaintiff's Objection to Evidence of General Goodness** (Doc. No. 590). I will rule on this after opening statements. If the issue is not raised in opening statement, I'll rule at the close of Defendants' case as to whether Plaintiff can submit rebuttal evidence.

**Defendants' Motions Exclude Testimony Re Total Excess Breast Cancer In Punitive Damages Stage** (Doc. Nos. 569, 579) are DENIED. However, the parties should submit a limiting instruction per *Philip Morris*.

**Defendant's Motion to Exclude Testimony of Dr. Matthew Hollon in Punitive Damages Phase** (Doc. No. 567) is GRANTED.

**Wyeth's Objection to Certain Designations by Plaintiff of Dr. Colditz's Testimony (Unrelated to Excess Breast Cancer)** (Doc. No. 581) -- the rulings by Judge Jones on deposition designations for Colditz stand.

IT IS SO ORDERED this 3rd day of March, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

1