# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:04CV01169 |
| PREMPRO PRODUCTS LIABILITY LITIGATION | : | |
| DONNA SCROGGIN | : | PLAINTIFF |
| v. | : | |
| WYETH, et. al. | : | DEFENDANTS |

## ORDER

Based on the evidence presented in court this morning, Plaintiff asserted that Defendants opened the door by referring to its conduct after Plaintiff stopped taking HRT, and that she should be allowed to use certain exhibits that were previously excluded based on this. Plaintiff's motion is well-taken. Accordingly, I believe the door is open, and amend the March 3, 2008 Order (Doc. No. 601) on exhibits as follows:

PX 586 -- objection SUSTAINED.

PX 708 -- objection OVERRULED.

PX 712 -- objection OVERRULED.

PX 713 -- objection OVERRULED.

PX 5655 -- objection SUSTAINED.

PX 10425 -- objection SUSTAINED.

CONTA025-026516-17 -- objection SUSTAINED.

CONTA025-026608-09 -- objection SUSTAINED.

IT IS SO ORDERED this 5th day of March, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE