IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:04CV01169 |
| PREMPRO PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| DONNA SCROGGIN | : | PLAINTIFF |
| v. | : | |
| WYETH, et al. | : | DEFENDANTS |

## ORDER

The parties submitted their witness designations, counter-designations, and objections for review. The depositions of Colditz, Carlson, and Schoenfeld[1] were used in trial. Below are the rulings on the parties' objections to those deposition designations:

**Colditz, December 18, 2006**

Defendants' objection to page 28, line 19 through page 30, line 10 is OVERRULED.

Defendants' objection to page 32, line 5 through page 34, line 1 is OVERRULED.

Defendants' objection to page 34 line 15 through page 36, line 9 is OVERRULED.

Defendants' objection to page 37, lines 17 through 22, is SUSTAINED.

Defendants' objection to page 42, line 4 through page 43, line 14 is OVERRULED.

Defendants' objection to page 44, lines 5 through 20, is OVERRULED.

Defendants' objection to page 46, line 18 through page 47, line 18 is OVERRULED.

Defendants' objection to page 47, line 22 through page 56, line 9 is OVERRULED.

Defendants' objection to page 56, line 14 through page 57, line 12 is OVERRULED.

---

[1]There were no objections to the Schoenfeld deposition.

Defendants' objection to page 58, line 9 through page 64, line 18 is OVERRULED.

Defendants' objection to page 59, line 3 through page 66, line 18 is OVERRULED.

Defendants' objection to page 63, line 15 through page 64, line 18 is OVERRULED.

Defendants' objection to page 80, line 4 through page 81, line 2 is SUSTAINED -- no response.

Defendants' objection to page 80, line 17 through page 81, line 2 is SUSTAINED -- no response.

Defendants' objection to page 82, line19 through page 83, line 9 is SUSTAINED -- no response.

Defendants' objection to page 84, line 10 through page 86, line 3 is SUSTAINED.

Defendants' objection to page 86, line 7 through page 87, line 18 is OVERRULED.

Defendants' objection to page 87, line 14 through page 99, line 3 is OVERRULED.

Defendants' objection to page 92, line 11 through page 99, line 3 is OVERRULED.

Defendants' objection to page 101, line 19 through page 103, line 4 is OVERRULED.

Defendants' objection to page 103, line 21 through page 104, line 20 is OVERRULED.

Defendants' objection to page 105, line 16 through page 106, line 18 is SUSTAINED.

Defendants' objection to page 107, line 14 through page 109, line 12 is OVERRULED.

Defendants' objection to page 109, lines 15 through 20, is OVERRULED.

Defendants' objection to page 163, line17 through page 164, line 9 is SUSTAINED -- no response.

Defendants' objection to page 308, line 11 through page 309, line 18 is SUSTAINED.

**Colditz, December 29, 2006**

Defendants' objection to page 761, lines 12 through page 762, line 14, is SUSTAINED.

Plaintiff's objection to page 764, lines 3 through 7 is SUSTAINED.

Plaintiff's objection to page 764, lines 16 through 20 is SUSTAINED.

Defendants' objection to page 795, line 4 through page 796, line 1 is SUSTAINED -- no response.

Defendants' objection to page 806, line 1 through 808, line 21 is OVERRULED.

Defendants' objection to page 809, line 1 through page 810, line 11 is SUSTAINED.

Defendants' objection to page 811, line 22 through page 812, line 12 is SUSTAINED.

### Colditz, December 30, 2006

Plaintiff's objection to page 923, lines 3 through 23, is MOOT.

Defendants' objection to page 1007, line 7 through page 1009, line 2 is SUSTAINED

### Carlson, February 20, 2007

Defendants' objection to page 143, lines 23 through 25, is OVERRULED.

Defendants' objection to page 144, lines 8 through 12, is OVERRULED.

Defendants' objection to page 147, lines 7 through 10, is OVERRULED.

Defendants' objection to page 164, lines 5 through 13, is OVERRULED.

Defendants' objection to page 174, lines 4 through 10, is SUSTAINED.

Defendants' objection to page 208, line 5 through page 209, line 15 is OVERRULED.

### Carlson, October 18, 2006

Defendants' objection to page 26, line 13 through page 27, line 6 is OVERRULED.

Defendants' objection to page 38, line 1 through page 39, line 7 is OVERRULED.

Defendants' objection to page 50, line 16 through page 51, line 11 is OVERRULED.

Defendants' objection to page 50, line 17 through page 52, line 3 is OVERRULED.

Defendants' objection to page 52, line 13 through page 55, line 5 is OVERRULED.

Defendants' objection to page 53, lines 3 through 4, is OVERRULED.

Defendants' objection to page 55, line 8 through page 56, line 18 is OVERRULED.

Defendants' objection to page 57, line 15 through page 58, line 13 is OVERRULED.

Defendants' objection to page 58, lines 7 through 13, is OVERRULED.

Defendants' objection to page 59, lines 13 through 23, is OVERRULED.

Defendants' objection to page 60, lines 5 through 22, is OVERRULED.

Plaintiff's objection to page 83, lines 17 through 25, is SUSTAINED.

Defendants' objection to page 98, lines 9 through 18, is OVERRULED.

    IT IS SO ORDERED this 6th day of March, 2008.

                                        /s/ Wm. R. Wilson, Jr_____
                                        UNITED STATES DISTRICT JUDGE