**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | : | **MDL Docket No. 4:03CV1507-WRW** |
| | : | **4:04CV01169** |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **DONNA SCROGGIN** | : | **PLAINTIFF** |
| | : | |
| **v.** | : | |
| | : | |
| **WYETH, et. al.** | : | **DEFENDANTS** |

**JUDGMENT**

This action came on for jury trial Monday, February 4, 2008, the Honorable William R. Wilson, Jr., United States District Judge, presiding.

The issues having been duly tried, the jury rendered a verdict in the liability / compensatory damages phase on Monday, February 25, 2008 and a verdict in the punitive damages phase on Thursday, March 6, 2008. Now, therefore, pursuant to the verdicts:

Judgment is entered in favor of the Plaintiff Donna Scroggin and against Defendants Wyeth, Wyeth Pharmaceuticals Inc. and Pharmacia & Upjohn Company LLC, jointly and severally in the sum of $2,750,000.00 with post-judgment interest at the rate of 1.66% per annum.

Judgment is further entered in favor of the Plaintiff Donna Scroggin and against Defendants Wyeth and Wyeth Pharmaceuticals Inc. in the additional sum of $19,360.000.00 with post-judgment interest at the rate of 1.66% per annum.

2

Judgment is further entered in favor of the Plaintiff Donna Scroggin and against Defendant Pharmacia & Upjohn LLC in the additional sum of $7,760,000.00 with post-judgment interest at the rate of 1.66% per annum.

As the prevailing party, Plaintiff may be entitled to recover attorneys' fees and costs from Defendants. Plaintiff should refer to Local Rule 54.1 regarding her petition for attorneys' fees and bill of costs.

IT IS SO ORDERED this 26th day of March, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE