# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | :   MDL Docket No. 4:03CV1507-WRW | |
| | :                           4:04CV01169 | |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **DONNA SCROGGIN** | : | **PLAINTIFF** |
| | : | |
| **v.** | : | |
| | : | |
| **WYETH, et. al.** | : | **DEFENDANTS** |

### ORDER re: Defendants' Post-trial Motions on Issue of Liability

I have reviewed Defendants' Motions for Judgment as a Matter of Law or for a New Trial[1] on the issue of liability, and have decided to stand pat, *i.e.*, Defendants' motions, as to liability, are DENIED and their exceptions are saved.

The parties should, therefore, concentrate on the punitive damages questions, which will be heard on Friday, May 9, 2008.

IT IS SO ORDERED this 10th day of April, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 638, 639, 644, 645.

1