IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:04CV01169 |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | |
| | : | |
| | : | |
| DONNA SCROGGIN | : | PLAINTIFF |
| | : | |
| v. | : | |
| | : | |
| WYETH, et. al. | : | DEFENDANTS |

## SECOND AMENDED JUDGMENT[1]

This action came on for jury trial Monday, February 4, 2008, the Honorable William R. Wilson, Jr., United States District Judge, presiding.

The issues having been duly tried, the jury rendered a verdict in the liability / compensatory damages phase on Monday, February 25, 2008.[2]

Now, therefore, pursuant to the liability / compensatory damages verdict:

Judgment is entered in favor of the Plaintiff Donna Scroggin and against Defendants Wyeth, Wyeth Pharmaceuticals Inc., and Pharmacia & Upjohn Company LLC, jointly and severally, in the sum of $2,750,000.00, with post-judgment interest at the rate of 1.35% per annum.[3]

Additionally, Plaintiff's costs are taxed against Defendants, joint and severally, in the sum of $24,287.72.

IT IS SO ORDERED this 30th day of July, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

---

[1] This Second Amended Judgment effectively GRANTS Plaintiff's Amended Motion for Taxation of Costs (Doc. No. 661) and Defendants' Motion to Amend Judgment (Doc. No. 664).

[2] Although the jury found Defendants liable for punitive damages, this finding was vacated by a July 8, 2008 Order.

[3] This was the interest rate on the date the original Judgment was entered -- March 26, 2008.