# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| **In re:** | : | **MDL Docket No. 4:03CV1507-WRW** |
| | : | **4:04CV01169** |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **DONNA SCROGGIN** | : | **PLAINTIFF** |
| | : | |
| **v.** | : | |
| | : | |
| **WYETH, et. al.** | : | **DEFENDANTS** |

## ORDER

Pending is Wyeth's Motion to Approve Supersedeas Bond (Doc. No. 682).

Based on Wyeth's assurance that a new bond will be issued correcting the typo involving

Plaintiff's name, Plaintiff does not oppose the motion.  Accordingly, Wyeth's Motion to

Approve Supersedeas Bond (Doc. No. 682) is GRANTED.

IT IS SO ORDERED this 4th day of August, 2008.


/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE