# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 08-2555

In re: Prempro Products Liability Litigation,

------------------------------

Donna Scroggin,

Appellant

v.

Wyeth, and its divisions and Pharmacia & Upjohn Company, L.L.C.,

Appellees

------------------------------

Barr Laboratories, Inc. and Duramed Pharmaceuticals,

Amici on Behalf of Appellee

State of Arkansas, et al.,

Amici on behalf of Appellant

No: 08-2711

In re: Prempro Products Liability Litigation,

------------------------------

Donna Scroggin,

Appellee

v.

Wyeth, and its divisions,

Appellant

Pharmacia & Upjohn Company, L.L.C.,

------------------------------

Barr Laboratories, Inc. and Duramed Pharmaceuticals,

Amici on behalf of Appellant

State of Arkansas, et al.,

Amici on Behalf of Appellee

Arkansas Trial Lawyers Association,

Appellee

No: 08-2713

In re: Prempro Products Liability Litigation,

------------------------------

Donna Scroggin,

Appellee

v.

Wyeth, and its divisions,

Pharmacia & Upjohn Company, L.L.C.,

Appellant

------------------------------

Barr Laboratories, Inc. and Duramed Pharmaceuticals,

Amici on behalf of Appellant

State of Arkansas, et al.,

Amici on Behalf of Appellee

Arkansas Trial Lawyers Association,

Appellee

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:04-cv-01169-WRW)
(4:04-cv-01169-WRW)
(4:04-cv-01169-WRW)

---

**MANDATE**

In accordance with the opinion and judgment of 11/02/2009, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 06, 2010

Clerk, U.S. Court of Appeals, Eighth Circuit



| | |
|---|---|
| 8cc-cmecf-nda@ck8.uscourts.gov | To |
| 01/06/2010 11:48 AM | cc |
| | bcc |
| | Subject  08-2555 Donna Scroggin, et al v. Wyeth, et al "Mandate Issued" |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 01/06/2010

| | |
|---|---|
| **Case Name:** | Donna Scroggin, et al v. Wyeth, et al |
| **Case Number:** | 08-2555 |
| **Document(s):** | Document(s) |

**Docket Text:**
MANDATE ISSUED. [3621678] [08-2555, 08-2711, 08-2713] (PAW)

The following document(s) are associated with this transaction:
**Document Description:** Mandate
**Original Filename:**
/opt/ACECF/live/forms/pwakefield_082555_3621678_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=01/06/2010] [FileNumber=3621678-0]
[4f7358ea0c73cf0951fac06deae4fadcd6cecfc94a3c80e3a0f583727e4464f45fc58513580c14ebff1739ec912d01a652a1eac05a7217d016b3f7a4962819f9]]
**Recipients:**
- Mr. Brooks, Brian Gene
- Ms. Dowse, Wendy Sabina
- Mr. Faries, Steve, Attorney
- Mr. Glickstein, Steven J.
- Ms. Gonzalez, Adrienne D.
- Mr. Goodell, Charles P.
- Ms. Hanberry, Natasha D.
- Mr. Heard, Frank Lane, III
- Mr. Hoffman, William
- Ms. Jones, Tonia P.

- Ms. Karsai, Liza I.
- Ms. Littlepage, Zoe
- Ms. Maichl, Linda E.
- Mr. Mayesh, Jay
- Mr. McCormack, Jim, Clerk of Court
- Mr. Morris, James A., Jr.
- Ms. Murray, Elizabeth R.
- Mr. Phelps, Bradford J.
- Ms. Pruitt, Lyn Peoples
- Mr. Rothman, Alan
- Mr. Solow, Andrew K.
- Mr. Thomas, Joseph Paul
- Mr. Urbanczyk, Stephen Louis
- Mr. Vardaman, John W.
- Mr. Walker, Erik Brett
- Honorable Wilson, William R., Jr., U.S. District Judge
- Wu, Chen-Sen
- Ms. Yates, Pamela J.

**Notice will be electronically mailed to:**

Mr. Brooks, Brian Gene: bgblawfirm@sbcglobal.net
Ms. Dowse, Wendy Sabina: wdowse@kayescholer.com, vhuntley@kayescholer.com, maocoa8@kayescholer.com
Mr. Faries, Steve, Attorney: sfaries@jamlawyers.com
Mr. Glickstein, Steven J.: sglickstein@kayescholer.com
Ms. Hanberry, Natasha D.: natasha@littlepagebooth.com
Mr. Heard, Frank Lane, III: lheard@wc.com, lmullins@wc.com, rtmoore@wc.com
Mr. Hoffman, William: whoffman@kayescholer.com, mburton@kayescholer.com
Ms. Jones, Tonia P.: tjones@fec.net
Ms. Littlepage, Zoe: zoe@littlepagebooth.com
Ms. Maichl, Linda E.: lmaichl@ulmer.com, ddrobeck@ulmer.com
Mr. McCormack, Jim, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Morris, James A., Jr.: contact@jamlawyers.com, mputonti@jamlawyers.com
Ms. Murray, Elizabeth R.: murray@fec.net, cbedsole@fec.net, tmiller@fec.net
Mr. Phelps, Bradford J.: bradford.phelps@arkansasag.gov
Ms. Pruitt, Lyn Peoples: lpruitt@mwlaw.com, bhopper@mwlaw.com
Mr. Rothman, Alan: arothman@kayescholer.com
Mr. Thomas, Joseph Paul: jthomas@ulmer.com
Mr. Urbanczyk, Stephen Louis: surbanczyk@wc.com, inocho@wc.com, lmullins@wc.com
Mr. Vardaman, John W.: jvardaman@wc.com
Mr. Walker, Erik Brett: Erik@HKHlaw.com, WalkerEB@aol.com, AnnE@hkhlaw.com
Honorable Wilson, William R., Jr., U.S. District Judge: William_Wilson@ared.uscourts.gov
Ms. Yates, Pamela J.: pyates@kayescholer.com, sanderson@kayescholer.com, hrtcases@kayscholer.com

Mr. Mayesh, Jay: jmayesh@kayescholer.com (*daily summary* )

**Notice will be mailed to:**

Ms. Gonzalez, Adrienne D.
KAYE & SCHOLER
425 Park Avenue
New York, NY 10022-0000

Mr. Goodell, Charles P.
GOODELL & DEVRIES
One South Street
Suite 2000
Baltimore, MD 21202

Ms. Karsai, Liza I.
JOHN MARSHALL LAW SCHOOL
1422 W. Peachtree Street N.W.
Atlanta, GA 30309

Mr. Solow, Andrew K.
KAYE & SCHOLER
425 Park Avenue
New York, NY 10022-0000

Wu, Chen-Sen
WILLIAMS & CONNOLLY
725 12th Street, N.W.
Washington, DC 20005-0000

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 3621678
**RELIEF(S) DOCKETED:**
   Mandate Document
**DOCKET PART(S) ADDED:** 4070906, 4070909