**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**February 5, 2010**

Ms. Zoe B. Littlepage
Littlepage Booth - Houston
2043A West Main Street
Houston, TX 77098

      Re:   *In re Prempro*, 4:03-CV-01507-WRW
              *Hill v. Wyeth*, 4:05-CV-00546-WRW
              *Scroggin v. Wyeth*, 4:04-CV-01169-WRW

Dear Ms. Littlepage:

When I set the *Scroggin* punitive damages trial for the date in question (July 20, 2010), Mr. Morris specifically advised he is available at that time, *ergo*, I assume he will be available for the *Hill* trial if the *Scroggin* punitive damages trial gets postponed. Your email would seem to indicate that Mr. Morris would not be available for the punitive damages trial as previously advertised.

Bottom line, if you and Mr. Morris want the *Hill* case continued, a motion should be filed forthwith, dealing, of course, with Mr. Morris's availability/unavailability as mentioned above.

Unless I am badly mistaken, Mr. Morris revealed that he had a conflict in February when I attempted to set the *Scroggin* punitive damages trial in February, and I told him, in jest, that he might have to "spread out." I may be serious about this admonition for the July date.

On a completely separate, didactic point, "Jim Morris and myself" should be "Jim Morris and I." "Myself" is most often used as a reflexive pronoun. Oh how I love to be professorial.

Have a nice day.

                                        Cordially,

                                        /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:    Other Counsel of Record



"Zoe Littlepage"
<zoe@littlepagebooth.com>
02/04/2010 11:06 PM

To <matt_morgan@ared.uscourts.gov>
cc <lheard@wc.com>, <SUrbanczyk@wc.com>, "'Lyn Pruitt'" <lpruitt@mwsgw.com>, "'Erik Walker'" <erik@hkhlaw.com>, <jmorris@jamlawyers.com>
bcc
Subject Court's letter re: July trial

Mr. Morgan
Jim Morris and myself are the two lawyers of record for Helen Hill. Both Jim Morris and myself are currently set for trial in Prempro cases in July in Philadelphia (Jim Morris in *Buxton v. Wyeth* and myself in *Henry v. Wyeth* ). These trials are in conflict with Judge Wilson's trial date for Helen Hill. Should I file an official motion for continuance for the Hill case and if so, how quickly would the court need that motion? (I am currently in trial in Philadelphia but could draft something this weekend, if necessary).

Please let me know.
_____
*Zoe Littlepage*
*Littlepage Booth*
*2043 A West Main Street*
*Houston, Texas 77098*
*(713) 529-8000*