**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

|  |  |
|---|---|
| : | **MDL DOCKET NO. 4:03-CV-1507-WRW** |

**IN RE:** :
**PREMPRO PRODUCTS LIABILITY** :
**LITIGATION** :

---

**DONNA SCROGGIN**                                                                           **PLAINTIFF**

**v.**                                        **4:04-CV-01169-WRW**

**WYETH, et al.**                                                                          **DEFENDANTS**

---

**HELEN HILL**                                                                               **PLAINTIFF**

**v.**                                        **4:05-CV-00546-WRW**

**WYETH, et al.**                                                                          **DEFENDANTS**

**ORDER**

Plaintiffs' Motion for Reconsideration,[1] after full consideration, is hereby DENIED.  The

Motion for a Hearing on this issue is DENIED as MOOT.[2]

IT IS SO ORDERED this 2nd day of March, 2010.


                                        /s/ Wm. R. Wilson, Jr.
                                        UNITED STATES DISTRICT JUDGE

---

[1]*In re Prempro*, Doc. No. 2216; *Scroggin*, Doc. No. 733; *Hill*, Doc. No. 391.

[2]*In re Prempro*, Doc. No. 2217; *Scroggin*, Doc. No. 734; *Hill*, Doc. No. 392.