**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | **MDL Docket No. 4:03CV1507-WRW** |
| | : | **4:04CV01169** |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **DONNA SCROGGIN** | : | **PLAINTIFF** |
| | : | |
| **v.** | : | |
| | : | |
| **WYETH,** *et al.* | : | **DEFENDANTS** |

**ORDER**

The punitive damages portion of this trial is set to commence on Friday, October 1, 2010, at 9:30 a.m.

The parties will be permitted a total of eight trial days. Each party is to file a brief statement telling me how he or she thinks a trial on punitive damages only should proceed. I don't think I have tried a case on punitive damages only.

The parties should "meet and confer" and attempt to resolve a division of time; but if no agreement can be reached, you should notify me so that I can set it.

The above points should be addressed on or before noon, next Wednesday, August 25, 2010.

A detailed scheduling order will be filed soon. Please hold the weepin', wailin', and gnashin' of teeth to a minimum.

IT IS SO ORDERED, this 19th August, 2010.


/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE